IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL BAKER** **PLAINTIFF**
*ADC #600691*

V.           CASE NO. 4:24-cv-00892-BSM-JTK

**DENNIS McCOY,** *et al.*           **DEFENDANTS**

## ORDER

Having reviewed the record carefully, Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 13] is adopted. Daniel Baker's motion for a temporary restraining order [Doc. No. 10] is denied.

IT IS SO ORDERED this 2nd day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE