IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL BAKER**                                                                                          **PLAINTIFF**
*ADC #600691*

v.                              CASE NO.  4:24-cv-00892-BSM-JTK

**DENNIS McCOY,** *et al.*                                                                   **DEFENDANTS**

## ORDER

Having reviewed the record carefully, United States Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. Nos. 25, 33, 43] are adopted. Daniel Baker's motion for a preliminary injunction [Doc. No. 29] is denied. The defendants' motion to dismiss official capacity claims [Doc. No. 19] and Dennis McCoy's motion for summary judgment on the issue of exhaustion [Doc. No. 26] are granted. Baker's claims against McCoy are dismissed without prejudice. The clerk is directed to terminate McCoy as a party to this action and update the case style.

IT IS SO ORDERED this 17th day of April, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE