# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DANIEL BAKER**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 600691**

v.　　　　　　　　CASE NO. 4:24-CV-00892-BSM

**JOSEPHUS KING**　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE